DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar #67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALBERTO ESTRADA PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>ALBERTO ESTRADA PEREZ,<br>    aka Saul Mora Cruz,<br>    aka Saul Cruz Mora,<br>    aka "Beto,"<br>JESUS GONZALEZ PEREZ,<br>    aka "Jesse,"<br>JUAN LUIS ALEMAN,<br>    and<br>JOSE EFRAIN RANGEL-GARCIA,<br><br>    *Defendants.* | NO. 1:07-cr-00016 AWI<br><br>STIPULATION TO CONTINUE MOTIONS SCHEDULE;  AND ORDER THEREON<br><br>Date:  July 23, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before June 29, 2007, responses shall be filed on or before July 16, 2007, and the hearing on motions shall remain the same.

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  June 29, 2007          By:  /s/  Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: June 29, 2007           By:   /s/  Robert W. Rainwater
ROBERT W. RAINWATER
Assistant Federal Defender
Attorneys for Defendant
ALBERTO ESTRADA PEREZ

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 29, 2007**           /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE