IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,          ) 1:07-cr-0016 AWI
                                   )
            Plaintiff,             )
                                   )
    v.                             ) ORDER
                                   )
                                   )
ALBERTO ESTRADA PEREZ, et al.,     )
                                   )
            Defendants.            )
_____)
```

    Having read and considered the parties' stipulation to continue the current trial confirmation date of February 4, 2008, and to vacate the trial date of February 20, 2008, in this matter,

    IT IS THE ORDER of the Court that the current trial confirmation and trial dates are hereby vacated, the matter is reset for a status conference on February 11, 2008, at 9:00 a.m.

    The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the failure to grant the continuance would deny the parties an

1

opportunity to potentially resolve this matter and would deny the defendants an opportunity to properly investigate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   January 25, 2008**            /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE