LAW OFFICES OF JAMES E. BLATT
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: 818/986-4180
Facsimile: 818/990-4839

James E. Blatt, Esq.   (SBN 56571)
email: j.blatt@jamesblatt.com

Michael G. Raab, Esq. (SBN 176112)
email: m.raab@jamesblatt.com

Attorneys for Defendant,
ALBERTO ESTRADA PEREZ

FILED
JUN 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 01:07-CR-00016-AWI |
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR EXTENSION |
| | ) TO TIME TO FILE SUBSTITUTION |
| v. | ) OF ATTORNEY FORM |
| ALBERTO ESTRADA PEREZ, | ) |
| Defendant. | ) |

For GOOD CAUSE SHOWN, it is hereby ORDERED that Michael G. Raab, Esq., file a substitution of attorney form with the Court by June 29, 2009.

Dated: 6-29-09

HONORABLE ANTHONY W. ISHII
JUDGE, UNITED STATES DISTRICT COURT