LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16542 Ventura Boulevard
Suite 305
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JESUS GONZALEZ PEREZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS GONZALEZ PEREZ, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00016-AWI <br><br> STIPULATION TO CONTINUE <br><br> HON. ANTHONY W. ISHII |

It is hereby stipulated and agreed to between the United States of America through Karen Escobar, Assistant United States Attorney; defendant, JESUS GONZALEZ PEREZ, by and through his counsel, Alex R. Kessel, and defendant, ALBERTO ESTRADA PEREZ, by and through his counsel Michael G. Raab, request that the current briefing schedule and hearings be vacated and a new one be set as follows:

September 27, 2010 - Motions filing deadline

October 4, 2010 - Responses Due

October 12, 2010, 11:00a.m. - Motions Hearing/Trial Confirmation

1

November 2, 2010, 8:30a.m. - Trial

Counsel requires additional time to continue possible plea negotiations with the government.

All parties have already stipulated that time be excluded until the trial date of **November 2, 2010**, pursuant to 18 U.S.C. § 3161(h)(8)(A). .

Dated:  August 31, 2010                                    Respectfully submitted,


/s/ALEX KESSEL
Counsel for Jesus Gonzalez Perez


/S/MICHAEL G. RAAB
Counsel for Alberto Estrada Perez


BENJAMIN B. WAGNER
United States Attorney


/s/ Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney

**ORDER**

The parties stipulated request to vacate the current briefing schedule and hearing on motions is hereby **GRANTED**. The new briefing schedule and hearing date are as follows:

September 27, 2010 - Motions filing deadline

October 4, 2010 - Responses Due

October 12, 2010, 11:00a.m. - Motions Hearing/Trial Confirmation

November 2, 2010, 8:30a.m. - Trial

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

Dated:   August 31, 2010                                                                                    
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE