LAW OFFICES OF JAMES E. BLATT
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
tel: 310/385-8066
fax: 310/385-5932

James E. Blatt, Esq.  (SBN 56571)
j.blatt@jamesblatt.com
Michael G. Raab, Esq. (SBN 176112)
m.raab@jamesblatt.com

Attorneys for Defendant,
ALBERTO ESTRADA PEREZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 07-CR-00016-003-AWI |
|---|---|---|
| Plaintiff, | ) | <u>ORDER TO CONTINUE SENTENCING</u> |
| v. | ) | Current Date: December 13, 2010 |
| ALBERTO PEREZ, et al., | ) | Proposed Date: January 24, 2011 |
| Defendants. | ) | |

    For good cause shown, IT IS HEREBY ORDERED, that sentencing be continued from December 13, 2010, to January 24, 2011, at 11:00 AM.

IT IS SO ORDERED.

Dated: _____November 2, 2010_____   _____
                                             CHIEF UNITED STATES DISTRICT JUDGE