```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-cr-0016 AWI |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| ALBERTO ESTRADA PEREZ, | |
| Defendant. | |

Defendant ALBERTO ESTRADA PEREZ, by and through his attorney, MICHAEL G. RAAB, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the January 24, 2011, sentencing date and reset the matter for February 22, 2011, at 11:00 a.m., after the sentencing of co-defendant JESUS PEREZ.

////

////

////

1

1    2.   The parties stipulate that the continuance is
2 necessitated by the terms of the defendant's plea agreement.
3 DATED: January 3, 2011                    Respectfully submitted,
4                                           BENJAMIN B. WAGNER
                                            United States Attorney
5
                                            By: /s/ Karen A. Escobar
6                                              KAREN A. ESCOBAR
                                            Assistant U.S. Attorney
7
                                            /s/ Michael G. Raab
8                                           MICHAEL G. RAAB
                                            Attorney for Defendant
9                                           ALBERTO ESTRADA PEREZ

12                          O R D E R
13   Having read and considered the foregoing stipulation,
14     IT IS THE ORDER of the Court that the current sentencing date
15 of January 24 is hereby vacated and is reset for February 22,
16 2011, at 11:00 a.m. after the sentencing of co-defendant Jesus
17 Perez.
18 IT IS SO ORDERED.

19 Dated:    January 3, 2011               [signature]
20                           CHIEF UNITED STATES DISTRICT JUDGE

2